**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ENVIRO HYDRO HOLDINGS, INC., d/b/a EnviroVac** — **PLAINTIFF**

**v.** **No. 3:26-cv-191-DPM**

**LEON JACKSON and EXPRESS ENVIRONMENTAL SOLUTIONS, LLC** — **DEFENDANTS**

# ORDER

Motion for preliminary injunction noted. Motion to expedite discovery, *Doc. 8*, granted as modified and specified. Plaintiff, and defendants, may propound ten interrogatories and ten requests for production. No subparts. The parties must serve all written discovery requests fifteen days after defendants answer or file a Rule 12 motion. All responses due within fifteen days. Thereafter, each side may depose one Rule 30(b)(6) witness and one fact witness. Hold 22 October 2026 (and 12 November 2026, as a fallback) for the injunction hearing. Plan on two hours of proof and argument per side.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 August 2026