**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ENVIRO HYDRO HOLDINGS, INC., d/b/a EnviroVac** — **PLAINTIFF**

**v.** — **No. 3:26-cv-191-DPM**

**LEON JACKSON and EXPRESS ENVIRONMENTAL SOLUTIONS, LLC** — **DEFENDANTS**

# JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement until 5 January 2027.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

5 November 2026